FISHER, Associate Judge,
concurring in part and dissenting in part:
I agree that the FHA and wrongful foreclosure claims were properly dismissed. However, I would strike the new allegations from the CPPA and negligent misrepresentation counts. As the trial court explained, the original complaint did not put Wells Fargo on notice that it might have to defend against these new allegations of predatory lending and racial discrimination. Whether characterized as new facts or new theories, these new allegations significantly altered the nature of the proceeding and do not relate back to the filing of the original complaint.
Nevertheless, I agree that we should remand the CPPA and negligent misrepresentation claims for further proceedings. I reach this conclusion because the amended complaint repeated (almost verbatim) the allegations set forth in the corresponding counts of the original complaint, and Wells Fargo does not dispute that the original complaint was timely. In other words, I would remand for further proceedings on the CPPA and negligent misrepresentation claims as pled in the original complaint.